sented in the case of Corporation v. Thompson (decided herewith) 47 N. Y. Supp. 830. For the reasons assigned for the decision in that case, the judgment appealed from is reversed, and judgment directed for the plaintiff against the defendant for his share of one sixteenth of the value of the turpentine in the sheds of Downing & Co., at Brunswick, Ga., destroyed by fire, and which was covered by the policy issued by the plaintiff; such amount to be ascertained upon the settlement of the judgment upon this appeal.

LONDON ASSUR. CORP., Appellant, v. MILLER, Respondent. (Supreme Court, Appellate Division, First Department. October, 1897.) Action by the London Assurance Corporation against Eugene Miller. W. W. MacFarland, for appellant. Michael H. Cardozo, for respondent.

PER CURIAM. The question presented in this case is substantially the same as that presented in the case of Corporation v. Thompson (decided herewith) 47 N. Y. Supp. 830. For the reasons assigned for the decision in that case, the judgment appealed from is reversed, and judgment directed for the plaintiff against the defendant for his share of one sixteenth of the value of the turpentine in the sheds of Downing & Co., at Brunswick, Ga., destroyed by fire, and which was covered by the policy issued by the plaintiff; such amount to be ascertained upon the settlement of the judgment upon this appeal.

LONDON ASSUR. CORP., Appellant, v. PATTERSON, Respondent. (Supreme Court, Appellate Division, First Department. October, 1897.) Action by the London Assurance Corporation against James W. Patterson. W. W. MacFarland, for appellant. Michael H. Cardozo, for respondent.

PER CURIAM. The question presented in this case is substantially the same as that presented in the case of Corporation v. Thompson (decided herewith) 47 N. Y. Supp. 830. For the reasons assigned for the decision in that case, the judgment appealed from is reversed, and judgment directed for the plaintiff against the defendant for his share of one-sixteenth of the value of the turpentine in the sheds of Downing & Co., at Brunswick, Ga., destroyed by fire, and which was covered by the policy issued by the plaintiff: such amount to be ascertained upon the settlement of the judgment upon this appeal.

LONDON ASSUR. CORP., Appellant, v. SELVAGE, Respondent. (Supreme Court, Appellate Division, First Department. October, 1897.) Action by the London Assurance Corporation against Walter Selvage. W. W. MacFarland, for appellant. Michael H. Cardozo, for respondent.

PER CURIAM. The question presented in this case is substantially the same as that presented in the case of Corporation v. Thompson (decided herewith) 47 N. Y. Supp. 830. For the reasons assigned for the decision in that case, the judgment appealed from is reversed, and judgment directed for the plaintiff against the defendant for his share of one-sixteenth of the value of the turpentine in the sheds of Downing & Co., at Brunswick, Ga., destroyed by fire, and which was covered by the policy issued by the plaintiff; such amount to be ascertained upon the settlement of the judgment upon this appeal.

LUBECKER, Respondent, v. KAHN, Appellant. (Supreme Court, Appellate Term. October 1, 1897.) Action by Louis Lubecker against Louis Kahn. Nichols & Bacon, for appellant. J. J. O'Brien, for respondent. No opinion. Affirmed, with costs.

McCARTHY v. CROWLEY, Respondent (SWANICK, Appellant). (Supreme Court, Appellate Division, Third Department. May 11, 1897.) Action by Hannah McCarthy against Michael Crowley and James F. Swanick. No opinion. Order modified by directing that motion for substitution be granted upon payment to appellant of $10 costs in action, and with $10 costs of motion, and with $10 costs and disbursements of this appeal.

McCLATCHY v. CENTRAL TRUST CO. (Supreme Court, Appellate Division, First Department. October 15, 1897.) Action by Alfred C. McClatchy against the Central Trust Company. No opinion. Motion to dismiss appeal granted, with $10 costs.

McCLATCHY v. CENTRAL TRUST CO. (Supreme Court, Appellate Division, First Department. October 15, 1897.) Action by Alfred McClatchy against the Central Trust Company. No opinion. Motion for discontinuance of appeal denied.

McCULLOCH, Appellant, v. MERCHANT et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 15, 1897.) Action by Martha McCulloch against Allen Merchant, Walter B. Fargo, John T. Chamberlain, Betsy Chamberlain, and Benjamin Conable, sued by J. Ashley McCulloch and others. No opinion. Judgment and order affirmed, with costs.

McDOWELL, Appellant, v. BIGELOW, Respondent. (Supreme Court, Appellate Division, Third Department. September 28, 1897.) Action by Russell J. McDowell against John S. Bigelow. No opinion. Judgment affirmed, with costs.

McFARLAND, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 15, 1897.) Action by Peter McFarland against the New York Central & Hudson River Railroad Company. No opinion. Motion to amend the order and judgment granted. See 46 N. Y. Supp. 1095.

In re McGOVERN. (Supreme Court, Appellate Division, First Department. October 15, 1897.) In the matter of Henrietta McGovern. No opinion. Motion granted, with $10 costs.

McKINLEY, Respondent, v. McKINLEY, Appellant. (Supreme Court, Appellate Division, Second Department. October 29, 1897.) Ac-

tion by Mary McKinley against William T. Mc-Kinley. No opinion. Judgment affirmed, with costs.

---

MAGILL, Appellant, v. NORTH DAKOTA MILLERS' ASS'N, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 15, 1897.) Action by Robert J. Magill against the North Dakota Millers' Association. No opinion. Appeal dismissed, with costs.

---

MAHONEY v. MAYOR OF CITY OF NEW YORK. MITCHELL v. SAME. KEIBER v. SAME. ELISCH v. SAME. PEYSER v. SAME. BAJARDO v. SAME. PUNDT v. SAME. SCHLACH v. SAME. (Supreme Court, Appellate Division, First Department. October 22, 1897.) Actions by one Mahoney and others against the mayor of the city of New York. No opinion. Motions granted. See 46 N. Y. Supp. 1097.

---

MANHEIM, Respondent, v. SEITZ, Appellant. (Supreme Court, Appellate Division, Second Department. October 26, 1897.) Action by Julius Manheim against Michael Seitz. No opinion. Motion for reargument denied. See 47 N. Y. Supp. 282.

---

MANHEIMER, Respondent, v. TURL et al., Appellants. (Supreme Court, Appellate Division, First Department. October 15, 1897.) Action by Wallace Manheimer against William I. Turl and others. C. C. Nadal, for appellants. W. H. Hull, for respondent. No opinion. Judgment and order affirmed, with costs.

---

MARTIN, Appellant, v. GOLDSTEIN, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 15, 1897.) Action by Bernard F. Martin against David Goldstein. No opinion. Motion for reargument denied. Motion for leave to appeal to the court of appeals granted. Order stating the question to be reviewed in the court of appeals to be settled by Mr. Justice ADAMS. See 46 N. Y. Supp. 961.

---

MARVEL, Appellant, v. STONE et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 26, 1897.) Action by William D. Marvel against Georgiana C. Stone and John D. Wood, as executors, etc. No opinion. Order affirmed, with $10 costs and disbursements. See 39 N. Y. Supp. 1128.

---

MATTICE, Respondent, v. MAYHAM, Appellant. (Supreme Court, Appellate Division, Third Department. May 11, 1897.) Action by John C. Mattice against Lorenzo Mayham. No opinion. Order affirmed, with $10 costs and disbursements.

---

MEINERS, Respondent, v. MERRIAM CO. et al., Appellants. (City Court of New York, General Term. October 26, 1897.) Action by Gustav Meiners against the Merriam Company, the Wood & Parker Lithographic Company, and Robert H. Merriam. George W. De Lano, for appellants. Rabe & Keller, for respondent.

CONLAN, J. This is an appeal from a judgment entered by a direction of the court, and from an order denying a motion for a new trial. The action was brought to recover the balance due on a promissory note made by the Merriam Company to the order of the Wood & Parker Company, and indorsed by Robert H. Merriam, before delivery, to the Wood & Parker Company. At the close of the trial the attorneys for the defendants moved for a direction in favor of the defendants on the sole ground "that the plaintiff, by placing the promissory note in suit in custody of the Wood & Parker Company and their attorneys, gave them ostensible authority to make the settlement which it was not disputed was made, and therefore we are entitled to a verdict." The attorneys for the plaintiff moved for a direction in favor of the plaintiff. By these requests the whole matter in controversy was narrowed to the question of settlement, as litigated on the trial. The effect of these two requests was to submit all questions of fact to the court, and as there appears to have been some conflicting testimony as to what actually took place, as well as the authority of Parker to bind the defendants, we think the judgment should be affirmed. Judgment affirmed, with costs. All concur.

---

MERCHANTS' NAT. BANK OF NORWICH, CONN., Respondent, v. HAGEMEYER et al., Appellants. (Supreme Court, Appellate Division, First Department. October 15, 1897.) Action by the Merchants' National Bank of Norwich, Conn., against George Hagemeyer and others. W. C. Beecher, for appellants. A. J. Taylor, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 38 N. Y. Supp. 626.

---

MERRIAM, Appellant, v. CRANDALL et al., Respondents. (Supreme Court, Appellate Division, Third Department. September 21, 1897.) Action by Emma S. Merriam against Edward Crandall and another. No opinion. Judgment affirmed, with costs.

---

MERRIAM, Appellant, v. SAWYER et al., Respondents. (Supreme Court, Appellate Division, Third Department. September 21, 1897.) Action by Emma S. Merriam against Alice L. M. Sawyer and another. No opinion. Judgment affirmed, with costs.

---

MERRIAM, Respondent, v. WOOD & PARKER LITHOGRAPHIC CO., Appellant. (Supreme Court, Appellate Division, First Department. October 8, 1897.) Action by Edward J. Merriam against the Wood & Parker Lithographic Company. No opinion. Motion for certificate to court of appeals denied, with $10 costs. See 46 N. Y. Supp. 484.

---

MERRIAM, Respondent, v. WOOD & PARKER LITHOGRAPHIC CO., Appellant. (Supreme Court, Appellate Division, First Department. October 8, 1897.) Action by Edward J. Merriam against Wood & Parker Lithographic Company. No opinion. Motion for restitution granted, so as to require money to be paid back to sheriff. See 46 N. Y. Supp. 484.